UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-09605-SPG-MBK | Date | October 30, 2026 |
| Title | Raeha Bashyam v. ASourced Inc. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR LACK OF PROSECUTION**

Defendant ASourced Inc. did not answer the complaint before the deadline on October 28, 2026, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Accordingly, Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co*., 370 U.S. 626 (1962) ("[W]hen circumstances make such action appropriate, a District Court may dismiss a complaint for failure to prosecute."). Plaintiff must satisfy this order **on or before November 13, 2026**, either by seeking default judgment or by dismissing the complaint. Failure of Plaintiff to respond will be deemed consent to dismissal of the complaint.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer pg